IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| FREDDIE YORK, | * |
| | * |
| Plaintiff, | * |
| vs. | * |
| | *   No. 2:10-cv-00199-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration | * |
| | * |
| Defendant. | * |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees (Doc. No. 17) pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner responded and offered no objection to the fees requested (Doc. No. 19). After careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable. Therefore, the Court approves attorney fees in the amount of $2,214.55 and expenses in the amount of $16.62.

2. The award of EAJA fees shall be paid directly to Plaintiff's counsel subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay Plaintiff's attorney this amount.

IT IS SO ORDERED this 2nd day of April 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE